PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☑ INFORMATION ☐ INDICTMENT

CASE NO. **10-078**

USA vs.
Defendant: Wayne Read

**SECT. F MAG. 3**

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile
☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☐ Indictment ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT   EASTERN
DISTRICT OF LOUISIANA   Divisional Office

Address: c/o Gary Schwabe
Asst. Federal Public Defender
500 Poydras Street
New Orleans, LA 70130

Name and Office of Person Furnishing Information on THIS FORM: Sandy Trosclair
☒ U.S. Atty ☐ Other U.S. Agency
Phone No. (504) 680-3000

Name of Asst. U.S. Attorney (if assigned): James R. Mann, AUSA

☐ Interpreter Required   Dialect: _____

Birth Date: 1964
☑ Male ☐ Female
☐ Alien (if applicable)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
Federal Bureau of Investigation - Mike Dalide

Social Security Number: XXX-XX-3794

☐ person is awaiting trial in another Federal or State Court (give name of court)

### DEFENDANT

Issue: ☐ Warrant ☑ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

MAG. JUDGE CASE NO.

Defense Counsel (if any): Gary Schwabe
☑ FPD ☐ CJA ☐ RET'D
☐ Appointed on Target Letter

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

Place of offense: Jefferson Parish   County USA

☐ This report amends AO 257 previously submitted

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts: 2 (for this defendant only)

| Offense Level (1, 3, 4) | Title & Section/ (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 18 U.S.C. 1343 | Wire Fraud | 1 |
| 4 | 18 U.,S.C. 2314 | Interstate Transportation of Stolen Funds | 1 |