UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | | CRIMINAL ACTION |
|---|---|---|
| VS. WAYNE READ | XXX-XX-3794 | 10-78 F |
| | (SOC. SEC. NO.) | (CASE NO./SEC.) |

JUDGMENT AND PROBATION/COMMITMENT ORDER

In the presence of the attorney for the government,  Month  Day  Year
the defendant appeared in person on this date ---------( OCTOBER 5, 2011)

__WITHOUT COUNSEL    However the court advised defendant of right to counsel and asked whether defendant desired to have counsel appointed by the court and the defendant thereupon waived assistance of counsel.

X WITH COUNSEL    GARY SCHWABE- FPD
(Name of Counsel)

Court Reporter's Name: TONI TUSA

**PLEA:** x GUILTY, and the court being satisfied    __NOLO CONTENDERE    __NOT GUILTY
that there is a factual basis for the plea.

( __NOT GUILTY.  Defendant is discharged.

There being a finding of    (x GUILTY on MAY 13, 2010

The defendant has been convicted as charged of the offense(s) of 18 USC 1343 WIRE FRAUD as charged in Ct. 1; 18 USC 2314 Interstate Transportation of Stolen Property as charged in Ct. 2 of the Bill of Information.

The sentence is imposed pursuant to the Sentencing Reform Act of 1984. The court adjudged the defendant guilty as charged and convicted and ordered that: The defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 48 months as to Counts 1 and 2, all such terms to run concurrently. The Court finds that the defendant does not have the ability to pay a fine and the fine is waived. In accordance with 18 USC 3663A, restitution in the amount of $1,855,700 is owed to the victims in the attached list, and shall be paid in monthly installments of $500.00. The restitution shall be paid while the defendant is incarcerated. Upon release, any unpaid balance shall be paid at a rate of $500.00 per month. The payment shall increase or decrease, depending on the defendant's ability to pay. Any payment made by the defendant shall be divided among the victims in proportion to their compensable injuries. The defendant does not have the ability to pay interest on restitution and the interest requirement is waived. Restitution payments shall be made to the Clerk, United States District Court, and is to be forwarded to the following address: U.S. CLERK'S OFFICE, ATTN FINANCIAL SECTION, 500 POYDRAS ST., RM. C151, NEW ORLEANS, LOUISIANA 70130. The U.S. Bureau of Prisons, U.S. Probation Office and the U.S. Attorney's Office are responsible for enforcement of this order. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of three years as to Counts 1 and 2, all terms to run concurrently . Within 72 hours of release

from the custody of the Bureau of Prisons, the defendant shall report in person to the probation office in the district to which the defendant is released. While on supervised release, the defendant shall comply with the standard general conditions that have been adopted by this court. The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. He shall not possess a controlled substance, shall cooperate in the collection of a DNA sample. In addition, the following special conditions are imposed: The defendant shall provide complete access to financial information, including disclosure of all business and personal finances, to the United States Probation Officer. The defendant shall not apply for, solicit or incur any further debt, included but not limited to loans, lines of credit or credit card charges, either as a principal or cosigner, as an individual or through any corporate entity, without first obtaining written permission from the United States Probation Officer. The defendant shall participate in an orientation and life skills program, as directed by the United States Probation Officer. The defendant shall pay any restitution imposed by this judgment. The defendant shall not be engaged in any business that offers securities, investments, or business opportunities to the public. The defendant is further prohibited from engaging in telemarketing, direct mail, or national advertising campaigns for business purposes without the written permission of the Court.

The defendant shall self-surrender on or before February 19, 2012.

**IT IS FURTHER ORDERED** that the defendant shall pay to the United States a special assessment of $100.00 as to Count(s) 1&2 , for a total assessment of $200.00

**IT IS FURTHER ORDERED** that the defendant notify the United States Attorney for this District within 30 days of any change of residence or mailing address until all fines, restitution, costs and special assessments imposed by this Judgment are fully paid. In addition to the special conditions of probation imposed above, **IT IS HEREBY ORDERED** that the general conditions of probation/supervised release set out on the reverse side be imposed.

**IT IS FURTHER ORDERED:**
[ ] The defendant shall pay any fines that remain unpaid at the commencement of the term of supervised release.
[ ] The court has determined that the defendant does not have the ability to pay interest. The interest requirement is (waived) (modified as follows):

**SIGNED BY:**
xxx U.S. District Judge
____ U.S. Magistrate

(Date) October 5, 2011

CERTIFIED AS A TRUE COPY
ON THIS DATE _____
BY: _____
         Deputy Clerk

**STANDARD CONDITIONS OF SUPERVISION**

While the defendant is on probation or supervised release pursuant to this judgment, the defendant shall not commit another federal, state or local crime. In addition:

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully, all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least two weeks prior to any change in residence and within seventy-two hours of any change of employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement. These conditions are in addition to any other conditions imposed by this Judgment.

The court makes the following recommendation to the Bureau of Prisons:

**IT IS ORDERED** that the Clerk deliver a certified copy of this Judgment and Commitment to the U.S. Marshal or other qualified officer.

**RETURN**

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this Judgment.

United States Marshal

Deputy Marshal