UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA          *          CRIMINAL DOCKET

VERSUS                            *          NO. 10-078

WAYNE READ                        *          SECTION: "F"

## **RECOMMENDATION**

Considering the foregoing,

**IT IS RECOMMENDED** to the Federal Bureau of Prisons that it designate

FCI Oxford as the facility for service of the prison sentence for the defendant Wayne Read.

New Orleans, Louisiana, this __10th__ day of November, 2011.


_____
UNITED STATES DISTRICT JUDGE