UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NO. 10-078 |
| WAYNE READ | * | SECTION: "F" |

## **ORDER**

Considering the foregoing,

**IT IS ORDERED** that the self-surrender date is hereby extended for a period of TWO DAYS. The defendant, Wayne Read, is now to report to the designated institution on or before noon on Tuesday, February 21, 2012.

New Orleans, Louisiana, this __3rd__ day of February, 2012.

_____
UNITED STATES DISTRICT JUDGE